No. 333. TAYLOR *v.* MERRILL, TRUSTEE. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. John W. Ross* and *Francis M. Hartman* for petitioner. *Mr. Fred Blair Townsend* for respondent.

No. 334. STARK *v.* HOWE SOUND Co. ET AL. October 16, 1939. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Anthony Kabatt* for petitioner. *Mr. Thomas D. Thacher* for respondents.

No. 337. CORPORATION OF AMERICA *v.* CAMPBELL. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Hugo A. Steinmeyer* and *Louis Ferrari* for petitioner. *Mr. George A. Judson* for respondent.

No. 338. SCHUMACHER ET AL., TRUSTEES, *v.* KING. October 16, 1939. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, denied. *Messrs. Allan P. Matthew* and *John O. Moran* for petitioners. *Mr. Louis E. Goodman* for respondent.

No. 339. DOTY, SECRETARY OF BANKING, RECEIVER, *v.* UNITED STATES. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Albert T. Bauerle* for petitioner.

*Solicitor General Jackson* and *Messrs. Sewall Key* and *Richard H. Demuth* for the United States.

No. 344. MARTIN, TRUSTEE, *v.* NEW YORK LIFE INSURANCE CO. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John Marshall Giltinon* for petitioner. *Messrs. John E. MacLeish* and *Louis H. Cooke* for respondent.

No. 345. MARTIN, TRUSTEE, *v.* EQUITABLE LIFE ASSURANCE SOCIETY. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John Marshall Giltinon* for petitioner. *Messrs. Frederic Burnham* and *David F. Rosenthal* for respondent.

No. 348. LUKE HANNON *v.* UNITED STATES;
No. 349. JOSEPH HANNON *v.* SAME;
No. 350. THOMAS HANNON *v.* SAME;
No. 351. ROSENBERG *v.* SAME; and
No. 352. STONE *v.* SAME. October 16, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Jacob Weinstein* for petitioners. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States. Reported below: 105 F. 2d 390.

No. 406. ALLEN *v.* ILLINOIS; and
No. 448. GENDUSA *v.* LOUISIANA. See *ante,* p. 511.